**DISMISS; and Opinion Filed December 20, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00938-CV

### JAZLINE HUNT-EDWARDS, Appellant
### V.
### MICHAEL WATKINS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03636-E**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

The filing fee in this case is past due. By postcard dated July 10, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. Also by postcard dated July 10, 2013, we notified appellant that the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of her appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise communicated with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


130938F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAZLINE HUNT-EDWARDS, Appellant

No. 05-13-00938-CV        V.

MICHAEL WATKINS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-03636-E.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MICHAEL WATKINS recover his costs of this appeal from appellant JAZLINE HUNT-EDWARDS.


Judgment entered this 20th day of December, 2013.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE